E.D.N.Y.–Bklyn
14-cv-1142
14-cv-4090
Weinstein, J.

# United States Court of Appeals
## FOR THE
## SECOND CIRCUIT

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 14th day of June, two thousand seventeen.

Present:
>Guido Calabresi,
>Rosemary S. Pooler,
>>*Circuit Judges*,
>Brian Cogan,*
>>*District Judge.*

Joseph Kurtz, Individually and on Behalf of All Others Similarly Situated,

>*Plaintiff-Respondent*,

>v.                             17-1023

Costco Wholesale Corporation,

>*Defendant-Petitioner*,

Kimberly-Clark Corporation,

>*Defendant*.

Joseph Kurtz,

>*Plaintiff-Respondent*,

>v.                             17-1028

---

* Judge Brian Cogan, of the United States District Court for the Eastern District of New York, sitting by designation.

Kimberly-Clark Corporation,

        *Defendant-Petitioner*,

Costco Wholesale Corporation,

        *Defendant*.

_____

Procter & Gamble Company,

        *Petitioner*,

v.                                           17-1031

Anthony Belfiore, On Behalf of Himself and All Others Similarly Situated,

        *Respondent*.

_____

All Petitioners request, pursuant to Federal Rule of Civil Procedure 23(f), leave to appeal the district court's class certification order, and move for leave to file reply briefs. Upon due consideration, and particularly considering the district court's suggestion that an appeal be permitted, it is hereby ORDERED that the motions for leave to file reply briefs are GRANTED and the petitions for leave to appeal are GRANTED. *See Sumitomo Copper Litig. v. Credit Lyonnais Rouse, Ltd.*, 262 F.3d 134, 139-40 (2d Cir. 2001). It is further ORDERED that the appeals docketed at 17-1023 and 17-1028 are CONSOLIDATED and will be heard in tandem with the appeal docketed at 17-1031.

                                      FOR THE COURT:
                                      Catherine O'Hagan Wolfe, Clerk